MICHELE BECKWITH
Acting United States Attorney
JUSTIN J. GILIO
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00305-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | **ORDER UNSEALING SUPERSEDING INDICTMENT** |
| JESUS MAGANA MELLIN, et al., | |
| Defendants. | |

The United States, having applied to this Court under Federal Rule of Criminal Procedure 49.1 and Local Rule 141(f) for the superseding indictment and arrest warrants in the above-captioned proceedings to be unsealed, the Court finds that the need for sealing the indictment has ceased.

IT IS ORDERED that the superseding indictment and arrest warrants filed in the above-entitled matter shall be unsealed in this case.

Dated: February 14, 2025

*Sheila K. Oberto*
HON. SHIELA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

1