MICHELE BECKWITH
Acting United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>      v.<br><br>JESUS MAGANA MELLIN,<br><br>                          Defendant. | CASE NO. 1:22-CR-00305-JLT-SKO<br><br>STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT<br>DATE: July 2, 2025<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on July 2, 2025.

2. By this stipulation, defendants now move to continue the status conference until September 17, 2025, and to exclude time between July 2, 2025, and September 17, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

   a)   The government has represented that the discovery associated with this case includes body-worn camera, investigative reports, photographs, aerial surveillance video, audio records, and other evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. In addition, the government has confidential

discovery that it has made available to defense at the government's office.

  b) Counsel for defendant desires additional time to meet with his client, conduct independent investigation, review the discovery (including visiting the government's office to review the confidential discovery), and consider a pretrial resolution of the case.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) At the next status conference, the parties will be prepared to set the case for a change of plea hearing or a trial.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 2, 2025 to September 17, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 17, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated: June 17, 2025

/s/ Peter Jones
Peter Jones
Counsel for Defendant
JESUS MAGANA MELLIN

**ORDER**

In light of the Defendant's arraignment on March 6, 2025, the parties' request to continue the status conference from July 2, 2025, to September 17, 2025, at 1:00 p.m. is GRANTED. Time is excluded through July 30, 2025, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **June 18, 2025**

/s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE