ERIC GRANT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESUS MAGANA MELLIN, <br><br> Defendant. | CASE NO. 1:22-CR-00305-JLT-SKO <br><br> STIPULATION AN ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT <br><br> DATE: September 17, 2025 <br> TIME: 1:00 p.m. <br> COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on September 17, 2025.

2. By this stipulation, defendants now move to continue the status conference until December 3, 2025, and to exclude time between September 17, 2025, and December 3, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes body-worn camera, investigative reports, photographs, aerial surveillance video, audio records, and other evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. In addition, the government has confidential

discovery that it has made available to defense at the government's office.

      b)     Counsel for defendant desires additional time to meet with his client, conduct independent investigation, review the discovery, and consider a pretrial resolution of the case.

      c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     At the next status conference, the parties will be prepared to set the case for a change of plea hearing or a trial.

      f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 17, 2025 to December 3, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 9, 2025                         ERIC GRANT
                                                  United States Attorney

                                                  /s/ JUSTIN J. GILIO
                                                  JUSTIN J. GILIO
                                                  Assistant United States Attorney

Dated:  September 9, 2025                             /s/ Peter Jones
                                                      Peter Jones
                                                      Counsel for Defendant
                                                      JESUS MAGANA MELLIN

**ORDER**

In light of the Defendant's arraignment on March 6, 2025, the parties' request to continue the status conference from September 17, 2025, to December 3, 2025, at 1:00 p.m. is GRANTED. Time is excluded through December 3, 2025, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

The parties shall be prepared to select a mutually agreeable trial date at the December 3, 2025, status conference.

IT IS SO ORDERED.

Dated:   **September 12, 2025**                    /s/ *Sheila K. Oberto*
                                                   UNITED STATES MAGISTRATE JUDGE