```
ERIC GRANT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00305-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |
| v. | |
| JESUS MAGANA MELLIN, | DATE: December 3, 2025 |
| Defendant. | TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on December 3, 2025.

2. By this stipulation, defendants now move to vacate the status conference and set the case for a change of plea hearing on March 23, 2026, and to exclude time between December 3, 2025, and March 23, 2026, under 18 U.S.C. § 3161(h)(7)(A), B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes body-worn camera, investigative reports, photographs, aerial surveillance video, audio records, and other evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. In addition, the government has confidential

discovery that it has made available to defense at the government's office.

  b) Counsel for defendant desires additional time to meet with his client, conduct independent investigation, review the discovery, and consider the government's plea offer. While the government has not yet presented a formal offer to the defendant, the parties are in negotiations on an offer and expect to have a plea agreement finalized before the change of plea hearing.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 3, 2025 to March 23, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2

Dated: October 30, 2025

ERIC GRANT
United States Attorney

/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated: October 30, 2025

/s/ Peter Jones
Peter Jones
Counsel for Defendant
JESUS MAGANA MELLIN

## ORDER

Pursuant to the Stipulation and Order [doc. 139] issued on September 12, 2025, counsel were directed "to meet and confer and select a mutually convenient trial date" or "to set the matter for a change of plea hearing before District Judge Thurston"

The parties have neither selected a trial date nor filed a signed plea agreement. Accordingly, the parties' stipulation for a continuance of the status conference is DENIED.

IT IS SO ORDERED.

Dated:   **October 31, 2025**          /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE